USSC 1                                                                USM #06779-091

# STATEMENT OF REASONS

## 28 USC 994(w)

| SASHA A. SCROGGS | CR99-00080L-002 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

<u>Guideline Range Determined by the Court</u>:

| | | DOS: 07/09/99 |
|---|---|---|
| Total Offense Level: | 13 | |
| Criminal History Category: | I | |
| Imprisonment Range: | 12 to 18 months | |
| Supervised Release Range: | 2 to 3 years | |
| Fine Range: | $3,000 to $30,000 | |
| Sentence Imposed: | 12 months, 1 day custody; 3 years SR, $100 MPA | |
| USPO: | Brian K. Facklam | |

FILED LODGED ENTERED RECEIVED
JUL 15 1999
CLERK AT SEATTLE
BY WESTERN U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
DEPUTY

☒ Sentence imposed is within appropriate guideline range as determined by the court.

☒ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

☐ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):

_____           7-15-99
Robert S. Lasnik                    Date
United States District Judge

Orig to Clerk of Court
cc:   USSC
      Bureau of Prisons
      File